ORIGINAL

FILED

07/06/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0416

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 20-0416

FILED

JUL 0 6 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ANNELIES AIKING-TAYLOR,

Plaintiff and Appellant,

v.

OLIVER SERANG,

Defendant and Appellee.

ORDER

Appellant Annelies Aiking-Taylor has filed a petition for rehearing of this Court's May 11, 2021, Memorandum Opinion affirming the District Court's denial of Aiking-Taylor's motion for summary judgment and granting summary judgment in favor of Serang in all respects except for the $1,000 in statutory damages awarded to Serang for Aiking-Taylor's two Montana Consumer Protection Act violations. *Aiking-Taylor v. Serang*, 2021 MT 118N. Serang has responded in opposition.

Under M. R. App. P. 20, this Court will consider a petition for rehearing only if the opinion "overlooked some fact material to the decision," if the opinion missed a question provided by a party or counsel that would have decided the case, or if our decision "conflicts with a statute or controlling decision not addressed" by the Court. M. R. App. P. 20.

Having fully considered Appellant's petition and Serang's response, the Court concludes that rehearing is not warranted under Rule 20. The Court considered the entire record in this matter and the briefs and arguments the parties presented both before the District Court and on appeal. As the decision was by unpublished Memorandum Opinion, relied on existing law, and did not establish precedent, the Court endeavored to keep the legal analysis brief. It did not, however, overlook any material facts or arguments raised by the parties or fail to address a controlling statute or decision that conflicts with the Opinion.

IT IS THEREFORE ORDERED that the petition for rehearing is DENIED.

The Clerk is directed to provide copies of this Order to all parties and counsel of record.

Dated this 6 day of July, 2021.

_____

_____

_____

_____

_____
                 Justices